| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Frank, Eric L. | 2. Court or Organization<br><br>ED Pa - Bankruptcy Court | 3. Date of Report<br><br>09/09/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>U.S. Bankruptcy Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>900 Market Street - Room 201<br>Philadelphia, PA 19107 | 8. On the basis of the information contained in this Report and any<br> modifications pertaining thereto, it is, in my opinion, in compliance<br> with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Author | Collier on Bankruptcy (bankruptcy treatise) (published by Matthew Bender & Co./Lexis Nexis) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | self-employed attorney |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Association of Consumer Bankruptcy Attorneys | April 25-28, 2012 | San Antonio, TX | legal education | transportation and hotel |
| 2. | Commercial Law League of America | November 8-10, 2012 | New York, NY | legal education | transportation and hotel |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Department of Education | William D. Ford Federal Direct Loan Program | K |
| 2. | SLM Corp. | tuition payment plan | K |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. AXA Financial, Inc | A | Dividend | J | T | | | | | |
| 2. | | | | | | | | | |
| 3. Conestoga Bank - CD | A | Interest | J | T | | | | | |
| 4. | | | | | | | | | |
| 5. COMMONWEALTH ANNUITY - aggregate disclosure | D | Int./Div. | L | T | | | | | |
| 6. ------ Alliance Bernstein Growth and Income | | | | | | | | | |
| 7. ------ Alliance Bernstein Large Cap Growth | | | | | | | | | |
| 8. ------- Fidelity VIP Equity Income | | | | | | | | | |
| 9. ------ GS VIT Capital Growth | | | | | | | | | |
| 10. ------ GS VIT Core Fixed Income | | | | | | | | | |
| 11. ------ GS VIT Equity Index | | | | | | | | | |
| 12. ------ GS VIT International Equity | | | | | | | | | |
| 13. ------- GS VIT Money Market | | | | | | | | | |
| 14. ------- Janus Aspen Large Cap Growth | | | | | | | | | |
| 15. ------ T. Row Price International - common stock | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. Equity Income Fund Units First S&P 500 Index Ser Tech | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | | | | | |
| 19. Fairview, PA Area - municipal bond | A | Interest | J | T | | | | | |
| 20. | | | | | | | | | |
| 21. Fidelity 403(b) Account - aggregate disclosure | D | Int./Div. | M | T | | | | | |
| 22. ------ Fidelity Equity Income Fund - mutual fund | | | | | | | | | |
| 23. ------- Fidelity Cash Reserves - moneymarket | | | | | | | | | |
| 24. | | | | | | | | | |
| 25. Conestoga Bank - Acc't #1 ___ (X) | A | Interest | J | T | | | | | |
| 26. | | | | | | | | | |
| 27. ING Annuity (aggregate disclosure) | A | Int./Div. | J | T | | | | | |
| 28. ------ ING Franklin Income | | | | | | | | | |
| 29. ------ Mutual Shares Securities | | | | | | | | | |
| 30. ------- ING Templeton Global Growth Portfolio | | | | | | | | | |
| 31. | | | | | | | | | |
| 32. Morgan Stanley Acc't #1 ___ | A | Int./Div. | J | T | Sold (part) | 6/25/12 | J | A | |
| 33. ------First Eagle Sog Glob-mut. fund | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Morgan Stanley Acc't #2 | B | Int./Div. | L | T | | | | | |
| 36. ------ State Pub Sch Bldg Auth - mun. bond | | | | | Redeemed | 10/1/12 | K | | |
| 37. ------ Stroud Twp Swr Auth - mun. bond | | | | | Redeemed | 11/15/12 | J | | |
| 38. ------ Pa St Tpke Commn bond | | | | | | | | | |
| 39. ------ Morgan Stanley Bank | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. Morgan Stanley Acc't #3 | A | Int./Div. | L | T | | | | | |
| 42. ------ Vanguard Money Market | | | | | | | | | |
| 43. ------ Stroud Twp Swr Auth - mun. bond | | | | | Redeemed | 11/15/12 | J | | |
| 44. ----- First Eagle Global Fund Cl C | | | | | | | | | |
| 45. ----- Franklin Templeton Founding Funds Alloc Class C | | | | | | | | | |
| 46. | | | | | | | | | |
| 47. Zurich Adv. III - 503(b) TSA | A | Int./Div. | K | T | | | | | |
| 48. | | | | | | | | | |
| 49. Learning Quest 529 - Very Conservative - ACC'T #1 | A | Dividend | L | T | | | | | |
| 50. Learning Quest 529 - Short-Term - ACC'T #2 | A | Dividend | K | T | | | | | |
| 51. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. OPPENHEIMER ACC'T #1 | | | | | | | | | |
| 53. ------ PNC Money Market | A | Dividend | J | T | | | | | |
| 54. ------ Allied Irish Bank - common stock | A | Dividend | | | Sold | 4/2/12 | J | A | |
| 55. ------ American International Group - common stock | A | Dividend | J | T | | | | | |
| 56. ------ AT&T, Inc - common stock | A | Dividend | J | T | | | | | |
| 57. ------Boeing Co. - common stock | B | Dividend | L | T | | | | | |
| 58. ------ Cellcyte Genetics | A | Int./Div. | J | T | | | | | |
| 59. ------Comcast Corp. - common stock | A | Dividend | J | T | | | | | |
| 60. ------ ConocoPhillips - common stock | A | Dividend | K | T | | | | | |
| 61. ------ Corning - common stock | A | Dividend | J | T | | | | | |
| 62. ------- DuPont EI de Nemours - common stock | A | Dividend | K | T | | | | | |
| 63. ------ Duke Energy Corp. - common stock | A | Dividend | J | | Buy | 2/1/12 | J | | |
| 64. ------ Express Scripts Hldg Co. - common stock | A | Dividend | J | T | Buy | 2/15/12 | J | | |
| 65. ------ Medco Health Solutions - common stock | A | Dividend | | | Sold | 3/7/12 | J | A | |
| 66. ------ Merck & Co. - common stock | A | Dividend | J | T | | | | | |
| 67. ------ Microsoft - common stock | A | Dividend | J | T | | | | | |
| 68. ------ Monsanto Co. - common stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. ------ Nextera Energy - common stock | A | Dividend | J | T | | | | | |
| 70. ------ Pepco Holdings - common stock | A | Dividend | J | T | | | | | |
| 71. ------ Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 72. ----- Phillips 66 - common stock | A | Dividend | J | T | Buy | 2/22/12 | J | | |
| 73. ------ Progress Energy - common stock | A | Dividend | | | Sold | 5/24/12 | J | A | |
| 74. ------- Public Storage - common stock | A | Dividend | K | T | | | | | |
| 75. Black Rock Income Tr - mutual fund | A | Dividend | J | T | | | | | |
| 76. Black Rock Pa Strat Mun Tr - mutual fund | A | Dividend | J | T | | | | | |
| 77. Invesco Pa Value Mun Income Tr - mutual fund | B | Dividend | K | T | Buy | 1/10/12 | K | | |
| 78. Nuveen Pa Prem Inc Mun Fd - mutual fund | A | Dividend | J | T | Buy | 2/22/12 | J | | |
| 79. --- WesternAset/Clymre US Tr Inf - mut. fund - see Part VIII | A | Dividend | K | T | | | | | |
| 80. ----- Van Eck Fds Intl Inv Gold Fd | A | Dividend | J | T | Buy | 6/22/12 | J | | |
| 81. ------- Van Kampen PA Value Mun Income - mutual fund | A | Dividend | | | Sold | 2/15/12 | J | A | |
| 82. | | | | | | | | | |
| 83. OPPENHEIMER ACC'T #2 | | | | | | | | | |
| 84. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 85. ------ Eaton Vance Ltd - common stock | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. ------ Master Asset Tr - bond | A | Interest | J | T | | | | | |
| 87. ------ Cohen & Steers Quality Rlty Fd | A | Dividend | | | Sold | 7/17/12 | K | B | |
| 88. | | | | | | | | | |
| 89. | | | | | | | | | |
| 90. OPPENHEIMER ACC'T # 3 ▨ | | | | | | | | | |
| 91. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | L | T | | | | | |
| 92. ------ FNMA REMIC Trust | A | Int./Div. | | | Sold | 6/1/12 | J | A | |
| 93. ----- Global Income Fund (mutual fund) | A | Dividend | J | T | Buy | 10/16/12 | J | | |
| 94. | | | | | | | | | |
| 95. OPPENHEIMER ACC'T # 4 ▨ | | | | | | | | | |
| 96. ------ Advantage Primary Liquid Fund (money market) | A | Int./Div. | K | T | | | | | |
| 97. ----- Global Income Fund (mutual fund) | A | Dividend | J | T | Buy | 10/15/12 | J | | |
| 98. | | | | | | | | | |
| 99. OPPENHEIMER ACC'T #5 ▨ | | | | | | | | | |
| 100. ----- Advantage Primary Liquid Fund (money market) | C | Dividend | K | T | | | | | |
| 101. ----- Alpine Global Premier PPTYS Fd - mut fund | B | Dividend | K | T | Buy (add'l) | 6/27/12 | K | | |
| 102. CBRE Clarion Global R.E. - mutual fund - see Part VIII | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. ----- Cohen & Steers Quality Rlty Fd - mutual fund | A | Dividend | | | Sold | 7/17/12 | K | B | |
| 104. ----- Cohen & Steers Infrastructure - mutual fund | A | Dividend | K | T | | | | | |
| 105. ----- Eaton Vance Senior Income Trust Fund - mutual fund | A | Dividend | J | T | | | | | |
| 106. ------ Eaton Vance Ltd Dur, Inc. - common stock | B | Dividend | J | T | | | | | |
| 107. ----- General Electric - common stock | B | Dividend | K | T | Buy | 5/10/12 | K | | |
| 108. ------ Global Income Fund - mutual fund | A | Dividend | J | T | | | | | |
| 109. ----- Western Aset Clym Infl Opp In - mutual fund | A | Dividend | K | T | | | | | |
| 110. ----- Loral Space & Comm. - common stock | A | Dividend | J | T | | | | | |
| 111. ------ CenturyLink, Inc. - common stock | A | Dividend | J | T | | | | | |
| 112. ------ Hershey - common stock | A | Dividend | K | T | | | | | |
| 113. ----- ING Clarion Glb Re Est Incm Fd - mut fund | A | Distribution | J | T | | | | | |
| 114. ----- Mastr Asset 2003-12 ▒ - gov't bond | A | Interest | J | T | | | | | |
| 115. ------ Loral Space & Communications Ltd - common stock | A | Dividend | J | T | | | | | |
| 116. ----- Middlesex Water Co. - common stock | A | Dividend | K | T | Buy | 11/30/12 | K | | |
| 117. ------ Pfizer - common stock | A | Dividend | J | T | | | | | |
| 118. ------ Wausau Paper Corp. - common stock | A | Dividend | K | T | Sold (part) | 3/2/12 | K | A | |
| 119. | | | | | Buy (add'l) | 8/10/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 9/11/12 | K | B | |
| 121. | | | | | Buy | 11/28/12 | K | | |
| 122. | | | | | | | | | |
| 123. PAL Capital Income IA | A | Dividend | J | T | | | | | |
| 124. | | | | | | | | | |
| 125. PNC Bank - checking & savings accounts | A | Interest | J | T | | | | | |
| 126. | | | | | | | | | |
| 127. Nexterra Energy, Inc. - common stock | A | Dividend | J | T | | | | | |
| 128. | | | | | | | | | |
| 129. Republic First Bank - CD | A | Interest | | | Redeemed | 6/1/12 | J | | |
| 130. | | | | | | | | | |
| 131. Stiffel Nicolaus - Account #1 | | | | | | | | | |
| 132. ----- Hanover PA Area Sch Dist bond | A | Interest | J | T | Buy | 10/26/12 | J | | |
| 133. ----- Pa St. Tpk Cmmn Oil Franchise Tax Rev bond | A | Interest | J | T | | | | | |
| 134. ----- Allegh Cty Pa Ser bond | A | Interest | | | Redeemed | 11/1/12 | J | | |
| 135. ----- Wilkes Barre Pa RFDG SER E ASRD GTY bond | A | Interest | J | T | Buy | 9/20/12 | J | | |
| 136. ----- Greensburg Salem PA Sch Dist bond | A | Interest | J | T | Sold | 11/12/13 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. Stiffel Nicolaus - Account #2▇▇ | | | | | | | | | |
| 139. ------- money market | A | Int./Div. | J | T | | | | | |
| 140. ------ Exeter Twp Pa Sch Dist bond | A | Interest | | | Redeemed | 5/15/12 | J | | |
| 141. ------ Marple Newtown Pa Sch Dist bond | A | Interest | J | T | | | | | |
| 142. ------ Lower Swatara Twp bond | A | Interest | J | T | Buy | 6/4/12 | J | | |
| 143. | | | | | | | | | |
| 144. Seneca Valley, PA - municipal bond | A | Interest | J | T | | | | | |
| 145. | | | | | | | | | |
| 146. T. Rowe Price International mutual fund | A | Dividend | J | T | | | | | |
| 147. | | | | | | | | | |
| 148. TRUST #1 - AGGREGATE OWNERSHIP | D | Int./Div. | M | T | | | | | |
| 149. ------Schwab Money Market Fund | | | | | | | | | |
| 150. ------ Schwab Cash Reserves | | | | | | | | | |
| 151. ------ American Express | | Dividend | J | T | Buy | 6/21/12 | J | | |
| 152. ------ Apache Corp. - common stock | | | | | | | | | |
| 153. ------ Boeing Co. - common stock | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. ------ Broadcom Corp. - common stock | | | J | T | Buy | 6/21/12 | J | | |
| 155. ------ Colgate-Palmolive Co. - common stock | | | | | | | | | |
| 156. -------Cooper Industries | | | | | Sold | 6/4/12 | K | B | |
| 157. ----- Disney, Walt - common stock | | | | | Sold (part) | 6/21/12 | J | A | |
| 158. ------Du Pont - common stock | | | | | | | | | |
| 159. ------ Exxon Mobil Corp. - common stock | | | | | | | | | |
| 160. ------ Fed Ex Corp. - common stock | | | | | | | | | |
| 161. ------ FMC Technologies - common stock | | | | | | | | | |
| 162. ------ GlaxoSmithKline - - common stock | | | | | | | | | |
| 163. ------ HJ Heinz Co. - common stock | | | | | Sold | 4/24/12 | J | A | |
| 164. ------ Home Depot, Inc. - common stock | | | | | | | | | |
| 165. ----- Honeywell Int'l - common stock | | Dividend | J | T | Buy | 6/21/12 | J | | |
| 166. ------ Lab Corp America Holdg | | | | | | | | | |
| 167. ----- Microsoft Corp. - common stock | | Dividend | J | T | Buy | 6/21/12 | J | | |
| 168. ------ Pepsico, Inc. - common stock | | | | | | | | | |
| 169. ------ Proctor & Gamble - common stock | | | | | | | | | |
| 170. ------ Sally Beauty Holdings - common stock | | | | | Sold | 5/10/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. ----- Shaw Group - common stock | | | | | Sold | 8/7/12 | K | A | |
| 172. ------South Jersey Inds., Inc. - common stock | | | | | | | | | |
| 173. ------ Southern Co. - common stock | | | | | Sold | 2/13/12 | J | A | |
| 174. ----- Stryker Corp. - common stock | | | | | | | | | |
| 175. ----- Texas Instruments - common stock | | | | | Buy | 9/28/12 | J | | |
| 176. ----- Tiffany & Co. NEW - common stock | | | | | Buy | 6/21/12 | J | | |
| 177. ------ Under Armour, Inc. - common stock | | | | | | | | | |
| 178. ----- Valley National Bancorp | | | | | Buy | 9/29/12 | J | | |
| 179. ------ Verizon Communications - common stock | | | | | | | | | |
| 180. ----- VF Corp. - common stock | | | | | Buy | 2/13/12 | J | | |
| 181. ------ Wash Real Est Inv Trust SBI REIT | | | | | | | | | |
| 182. | | | | | | | | | |
| 183. T. Rowe Price - brokerage account - aggregate disclosure | A | Int./Div. | L | T | | | | | |
| 184. ------ T. Rowe Price European St - mut. fund | | | | | | | | | |
| 185. ------ T. Rowe Price Small Cap - mut. fund | | | | | | | | | |
| 186. | | | | | | | | | |
| 187. US Treasury securities | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | | | | | |
| 189. Van Eck Global Fund | A | Dividend | J | T | | | | | |
| 190. | | | | | | | | | |
| 191. Vanguard Money Market Funds | A | Dividend | J | T | | | | | |
| 192. | | | | | | | | | |
| 193. Wells Fargo - sav; checking; and Roth IRA | A | Int./Div. | J | T | | | | | |
| 194. | | | | | | | | | |
| 195. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 09/09/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Investments & Trusts - Lines - Accounts formerly held at RBC Wealth Mgt., previously designated as (462), (700) and (956) -- (lines 40-53 on 2011 Amended Disclosure) all were transferred to Morgan Stanley Smith Barney on 4/9/12 and are now designated as (927), (929) and (923) respectively.

2. Investments and Trusts Lines - Account formerly held as Oppenheimer Acc't #3 (074) is now designated as Oppenheimer Acc't #3 (717).

3. In Part VIII and in Part VII, page 7, line 66, Column D(1) of my prior report, I listed the sale of "Black Rock mutual funds." However, that was in error. The mutual funds were not sold in their entirety in 2011.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric L. Frank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544